# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| ISSAC BRACY, | ) | |
| | ) CIVIL NO. 2016-52 | |
| Plaintiff, | ) | |
| | ) NOTICE OF APPEAL | |
| vs. | ) | |
| PFIZER, Inc. | ) | |
| Defendant, | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Issac Bracy, Plaintiff, Pro-Se, in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit, the Opinion entered in this action on the 1st day of May, 2018, by the Honorable Anne E. Thompson, United States District Judge for the District of New Jersey.

Date: May 31, 2018

Respectfully submitted,

*Issac Bracy*
ISSAC BRACY, Pro-Se
P.O. Box 7214
Christiansted, St. Croix
U.S. Virgin Islands 00823
(340) 277-4545 – Telephone
(340) 773-0819 - Home

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31th day of May, 2018, I caused a true and correct copy of the foregoing to be served by mail, postage prepaid to:

Chad C. Messier
Dudley, Topper & Feuerzeig, LLP
1000 Frederiksberg Gade
P.O. Box 756
Charlotte Amalie, St. Thomas, VI 00804

Jordan E. Pace
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

James C. Fitzpatrick
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Issac Bracy
P.O. Box 7214
Christiansted, St. Croix
U.S. Virgin Islands 00823
(340) 277-4545 -- Telephone
(340) 773-0819 - Home